IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Americans for Immigrant Justice, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-00038-RC |
| | ) | |
| U.S. Immigration and Customs Enforcement, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

This matter concerns Plaintiff's complaint seeking records related to Defendant's resumption of removals to Haiti in 2010 and for injunctive relief regarding the assessment of fees related to its December 17, 2010 Freedom of Information Act request to Defendant. *See* Complaint for Injunctive Relief, Dckt. No. 1. On June 22, 2012, after the parties reached an agreement concerning waiver of search and duplication fees and the search for records responsive to the request, the Court granted the parties' joint motion to stay further proceedings until Defendant completes production of responsive records in accordance with an agreed schedule, and the parties confer regarding any remaining issues in the case. *See* June 22, 2012 Minute Order. Pursuant to the Court's August 6, 2012 Minute Order directing the parties to file a joint status report by September 18, 2012, the parties hereby submit this Joint Status Report.

Defendant produced four interim releases of documents to Plaintiff and, on August 24, 2012, notified Plaintiff that it had completed its production of responsive records. Pursuant to their agreement and an agreed timeline, the parties are now

conferring regarding the Defendant's basis under the Freedom of Information Act for withholding records in full or in part from those interim releases.

In this Joint Status Report, the parties hereby propose that they will continue to confer regarding the withholdings from the records produced by Defendant, and to determine what issues, if any, might require litigation. The parties propose that they will file an additional Joint Status Report with the Court on or before November 19, 2012. Because the parties have not yet determined whether dispositive motions will be required to resolve the case, the parties do not submit a briefing schedule at this time.

Dated: September 18, 2012                    Respectfully Submitted,

| | |
|---|---|
| /s/ Larry P. Ellsworth | STUART F. DELERY |
| Larry P. Ellsworth (DC Bar No. 165381) | Acting Assistant Attorney General |
| Lindsay C. Harrison (DC Bar No. 977407) | |
| Michael A. Hoffman (DC Bar No. 980238) | RONALD C. MACHEN JR. |
| JENNER & BLOCK LLP | United States Attorney |
| 1099 New York Avenue, NW, Suite 900 | District of Columbia |
| Washington, DC 20001 | |
| Tel: (202) 639-6000 | ELIZABETH J. SHAPIRO |
| Fax: (202) 661-4956 | Deputy Director, Federal Programs Branch |
| Email: lellsworth@jenner.com | |
| | /s/Thomas D. Zimpleman |
| *Counsel for Plaintiff* | THOMAS D. ZIMPLEMAN |
| | Illinois Bar No. 6298040 |
| Lana Chiariello (*pro hac vice*) | Trial Attorney |
| AMERICANS FOR IMMIGRANT | United States Department of Justice |
| JUSTICE | Civil Division, Federal Programs Branch |
| 3000 Biscayne Boulevard, Suite 400 | 20 Massachusetts Ave. NW |
| Miami, Florida 33141 | Washington, DC 20001 |
| Tel: (305) 573-1106, ext. 1080 | Tel:   (202) 514-3346 |
| Fax: (305) 576-6273 | Fax:   (202) 616-8470 |
| Email: lchiariello@aijustice.org | thomas.d.zimpleman@usdoj.gov |
| | |
| *Co-Counsel for Plaintiff* | *Counsel for the United States* |